IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PIERRE A. BASSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:17-CV-180-RWS-JCF |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | : |
| Defendants. | : |

### ORDER

This matter is before the Court on Plaintiff's request for temporary restraining order contained within the Complaint [Doc. No. 1-1].

Before a court will grant preliminary injunctive relief, the moving party must establish that: (1) "it has substantial likelihood of success on the merits," (2) it will suffer irreparable injury if the relief is not granted, (3) the threatened injury outweighs the harm the relief may inflict on the non-moving party, and (4) entry of relief "would not be adverse to the public interest." KH Outdoor, LLC v. City of Trussville, 458 F.3d 1261, 1268 (11th Cir. 2006). "Of these four requisites, the first factor, establishing a substantial likelihood of success on the merits, is most important . . . ." ABC Charters, Inc. v. Bronson, 591 F. Supp. 2d 1272, 1294 (S.D.

Fla. 2008). Having reviewed the Complaint and the allegations therein, the Court finds that Plaintiff has failed to allege sufficient facts to demonstrate a substantial likelihood of success of any of the claims. Accordingly, to the extent Plaintiff may seek injunctive relief, Plaintiff's request is DENIED.

Pursuant to this Court's Standing Order No. 14-01, this case is REFERRED to Judge Fuller for hearing and determining pretrial matters pending before the Court.

**SO ORDERED**, this 6TH day of September, 2017.

RICHARD W. STORY
United States District Judge